**Affirmed as Modified; Opinion Filed July 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00931-CR
No. 05-13-00932-CR

**THOMAS ANTHONY FARINA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-35304-W & F10-35303-W**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

Thomas Anthony Farina, Jr., appeals from judgments adjudicating guilt following deferred adjudication in two cases of aggravated sexual assault of a child. In two issues, he challenges the sufficiency of the evidence to support the trial court's cost awards and also requests we modify the judgments to accurately reflect his pleas to the violations of community supervision conditions alleged the State's motion to adjudicate.

Appellant pleaded guilty to both indictments without an agreed recommendation regarding punishment. The trial court deferred adjudication and placed appellant on community supervision for seven years in each case. Subsequently, on the State's motion, the trial court adjudicated guilt and sentenced appellant to fifteen years' imprisonment in each case. This appeal ensued.

In his first issue, appellant challenges the sufficiency of the evidence to support the trial court's costs assessment of $50 in each case. Specifically, appellant argues that there are no written bills of costs in the clerk's records as required by article 103.001 of the code of criminal procedure. The records before us contain a bill of costs for each case. Appellant's complaints have been addressed and rejected. *See Johnson v. State*, 423 S.W.3d 385, 391–94 (Tex. Crim. App. 2014); *Coronel v. State*, 416 S.W.3d 550, 555–56 (Tex. App.—Dallas 2013, pet. ref'd). We overrule appellant's first issue.

In his second issue, appellant asserts that the judgments should be modified to accurately reflect that he pleaded "true" to the first allegation in the motion to adjudicate which alleged a violation of condition "q" of his community supervision and pleaded "not true" to the second allegation in the motion asserting a violation of condition "y." The State agrees that we should modify the judgments as requested by appellant. Where, as here, the record provides the necessary information to correct inaccuracies in a judgment, we have the authority to reform the judgment to speak the truth. *See* TEX. R. APP. P. 43.2(b); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). Our review of the record confirms that appellant pleaded true only to the State's allegation that he violated condition "q" of his community supervision. Appellant pleaded "not true" to the State's allegation that violated condition "Y" of his community supervision. Accordingly, we resolve appellant's second issue in his favor.

We modify the judgments adjudicating guilt to reflect that appellant pleaded "true" to the State's allegation that he violated condition "q" of his community supervision and that appellant pleaded "not true" to the State's allegation that he violated condition "y" of his community supervision.

As modified, we affirm the trial court's judgments.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX R. APP. P. 47
130931F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS ANTHONY FARINA, JR.,
Appellant

No. 05-13-00931-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-35304-W
Opinion delivered by Justice Evans,
Justices FitzGerald and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

Appellant pleaded "TRUE" to the allegation in the State's motion to adjudicate that he violated condition "q" of his supervision and pleaded "NOT TRUE" to the allegation in the State's motion to adjudicate that he violated condition "y" of his supervision.

As **MODIFIED,** the judgment is **AFFIRMED**.

Judgment entered this 9th day of July, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THOMAS ANTHONY FARINA, JR.,
Appellant

No. 05-13-00932-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-35303-W
Opinion delivered by Justice Evans,
Justices FitzGerald and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

Appellant pleaded "TRUE" to the allegation in the State's motion to adjudicate that he violated condition "q" of his supervision and pleaded "NOT TRUE" to the allegation in the State's motion to adjudicate that he violated condition "y" of his supervision.

As **MODIFIED,** the judgment is **AFFIRMED**.


Judgment entered this 9th day of July, 2014.